UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL NO: 1:19-CV-00564 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| JOSEPH A. FORREST, | : | |
| Defendant. | : | |

### ORDER
January 5, 2022

After considering the supplemental brief filed by the United States, we have questions regarding the basis for the United States' damage calculations and its assertion that the proceeds from the sale of the corn could reasonably equal the total amount due on the underlying loan. Thus, **IT IS ORDERED** that, on or before **January 25, 2022**, the United States shall file another supplemental brief addressing the basis for its calculations of the damages that it is seeking. The United States shall set forth calculations regarding the bushels of corn that it knows the defendant sold and the net proceeds from those sales. The United States shall also set forth reasonable calculations for how many additional bushels of corn the defendant may have sold and reasonable calculations for the net proceeds from that sale or sales. We understand that because the defendant failed to respond to

2

discovery, the United States does not have actual figures for these latter calculations. Nevertheless, it needs to show that there is a reasonable basis for the court to conclude that the net proceeds from the defendant's sale of the corn corresponds to the damages that it is seeking.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge