UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL NO: 1:19-CV-00564 |
| Plaintiffs | : | (Magistrate Judge Schwab) |
| v. | : | |
| JOSEPH A. FORREST, | : | |
| Defendant | : | |

**ORDER**
February 16, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the United States' motion (*doc. 41*) for a default judgment is **GRANTED** and the Clerk of Court shall enter judgment in favor of the United States and against Joseph A. Forrest in the amount of $35,126.65 plus post-judgment interest.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge