IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL NO. 1:19-CV-564 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **JOSEPH FORREST,** | : | |
| | : | |
| **Defendant.** | : | |

## **ORDER**

Accordingly, for the foregoing reasons, IT IS ORDERED that the Defendant's *pro se* motion to re-open, (Doc. 60), is CONDITIONALLY GRANTED, as follows:

1. The default judgment previously entered in this case is CONDITIONALLY VACATED and the clerk is direct to reinstate this case on our active docket.

2. The *pro se* motion to reopen is granted conditionally, with the express understanding that the defendant is ORDERED to fully respond to all outstanding and longstanding discovery, submit to any noticed depositions, and fully cooperate in all aspects of merits litigation on or before **September 6, 2024**.

3. Upon completion of discovery, dispositive motions and accompanying briefs shall be filed on or before **September 20, 2024**.

4. The defendant is also advised that the failure to fully comply with longstanding and outstanding discovery, to litigate this case, or to abide by this Court's orders may result in sanctions including the re-imposition of a default judgment against the defendant.

5. The clerk is ORDERED to serve a copy of this order upon the Defendant, who is proceeding *pro se*.

So ordered this 6th day of June 2024.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge