**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL NO. 1:19-CV-564** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **JOSEPH FORREST,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Accordingly, for the foregoing reasons, IT IS ORDERED that the Defendant's

*pro se* motion to supplement (Doc. 103) is DENIED.

So ordered this 5th day of March 2025.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

5