IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CIVIL NO. 1:19-CV-564 |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **(Magistrate Judge Carlson)** |
| JOSEPH FORREST, : | |
| : | |
| **Defendant.** : | |

# ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED as Follows:

First, the plaintiff's motion for summary judgment (Doc. 104) is GRANTED.

Second, judgment is entered in favor of the plaintiff on the conversion claim set forth in the complaint in the amount of $24,468.49.

Finally, the clerk is directed to CLOSE this case.

So ordered this 11th day of July 2025.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
